UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD L. ISSLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| SENECA FOODS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, RICHARD L. ISSLER, by his counsel, VONACHEN, LAWLESS, TRAGER & SLEVIN, and complaining against Defendant, SENECA FOODS CORPORATION, states as follows:

### JURISDICTION AND VENUE

1. This claim is brought under the Family and Medical Leave Act, 29 U.S.C. §2611.

2. This action properly lies in this district pursuant to 28 U.S.C. §1391(b).

3. SENECA FOODS CORPORATION is a New York corporation with its principal place of business in Marion, New York.

### THE PARTIES

4. The Plaintiff is a citizen of the United States and the State of Illinois.

5. Defendant, SENECA FOODS CORPORATION, is a New York Corporation.

Vonachen,
Lawless, Trager
& Slevin

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## COUNT I
**Family & Medical Leave Act**

6. On May 1, 2004, and thereafter, RICHARD L. ISSLER was an "eligible employee" of SENECA FOODS CORPORATION, in that:

    (a) He had been employed for at least twelve months by SENECA FOODS CORPORATION; and had worked in excess of 1,250 hours of service with SENECA FOODS CORPORATION during the previous twelve-month period; and

    (b) Defendant, SENECA FOODS CORPORATION was an "employer" pursuant to the terms of the Act and that it employed fifty or more employees for each working day during each of twenty or more calendar weeks in the year of the discharge or the preceding calendar year.

7. On May 1, 2004, and thereafter, RICHARD L. ISSLER was entitled to leave pursuant to 29 U.S.C. §2612 in that he was suffering from a serious health care condition that rendered him unable to perform the functions of his position.

8. From May 1, 2004, to July 31, 2004, RICHARD L. ISSLER did not report to work on a number of days because of the aforesaid serious health care condition.

9. At the time that RICHARD L. ISSLER was able to do his job, his employer refused to restore him to the position held when the leave commenced or to an equivalent position.

10. SENECA FOODS CORPORATION violated 29 U.S.C. §2615 by discharging RICHARD L. ISSLER, failing to restore him to his previous position, and failing to provide him with and continue his employment benefits.

11. Pursuant to 29 U.S.C. §2617, Defendant, SENECA FOODS CORPORATION, is liable for:

Vonachen, Lawless, Trager & Slevin

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

(a) The amount of wages, salary, and employment benefits denied or lost to RICHARD L. ISSLER;

(b) Interest on this amount described in the preceding subparagraph;

(c) Liquidated damages in an amount equal to the amounts described in subparagraphs (a) and (b) above;

(d) Reinstatement or re-employment;

(e) Attorney's fees, expert witness fees, and other costs incurred in prosecuting this action.

WHEREFORE, Plaintiff, RICHARD L. ISSLER, prays for judgment against the Defendant, SENECA FOODS CORPORATION, for amounts proven, and demands trial of this cause by a jury.

RICHARD L. ISSLER, Plaintiff,

BY: /S/ M. MICHAEL WATERS
One of Plaintiff's Attorneys

M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61602
Telephone: (309) 676-8986
mmw\issler\pleadings\complaint

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-3-