E-FILED
Thursday, 03 February, 2005  02:37:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD L. ISSLER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. |
| SENECA FOODS CORPORATION, | ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for RICHARD L. ISSLER, Plaintiff, files this Certificate of Interest in accordance with local rule 11.3.

1. The full name of every party represented by VONACHEN, LAWLESS, TRAGER & SLEVIN in this case is: RICHARD L. ISSLER

2. RICHARD L. ISSLER is not a corporation.

3. Vonachen, Lawless, Trager & Slevin is the only law firm expected to represent RICHARD L. ISSLER in this matter.

RICHARD L. ISSLER, Plaintiff,

BY:     /s/ M. MICHAEL WATERS
One of Plaintiff's Attorneys

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602
Telephone: (309) 676-8986
mmw\issler\pleadings\certinterest

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-1-