E-FILED
Thursday, 03 February, 2005 02:37:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD L. ISSLER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. |
| SENECA FOODS CORPORATION, | ) |
| Defendant. | ) |

### DESIGNATION OF LEAD COUNSEL

M. MICHAEL WATERS is designated as lead counsel for Plaintiff, RICHARD L. ISSLER, in this matter.

RICHARD L. ISSLER, Plaintiff,

BY: /s/ M. MICHAEL WATERS
One of Plaintiff's Attorneys

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL 61602
Telephone: (309) 676-8986
mmw\issler\pleadings\desleadcounsel

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-1-