**E-FILED**
Thursday, 03 February, 2005 03:40:48 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

RICHARD L. ISSLER,

    Plaintiff,

      V.

SENECA FOODS CORPORATION,

    Defendant.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:  05 - 1031

TO: (Name and address of Defendant)

    Secretary of State
    State of Illinois
    Department of Business Services
    501 S. Second St.
    Springfield, IL 62756

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    M. Michael Waters
    Vonachen, Lawless, Trager & Slevin
    456 Fulton St., Suite 425
    Peoria, IL 61602

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/John M. Waters

CLERK
    S/R. Knox

(By) DEPUTY CLERK

DATE  2/3/05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                           *Signature of Server*


                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.