# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **RICHARD L. ISSLER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1031 |
| **SENECA FOODS CORPORATION,** | ) |
| **Defendant.** | ) |

## CERTIFICATE OF INTEREST

The undersigned, co-counsel of record for Defendant, Seneca Foods Corporation, furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party represented by Davis & Campbell L.L.C. in this case is: Seneca Foods Corporation.

2. (a) Seneca Foods Corporation does not have a parent corporation;

   (b) No public company owns 10% or more of the total common stock or total equity stock of the Corporation. One public company, Chiquita Brands International, Inc., owns 100% of one of the classes of convertible stock. If such class were fully converted to common stock and all or a large part of the other convertible preferred stock were also converted, Chiquita would own less than 10% of the total common stock of Seneca Foods Corporation.

3. Jaeckle, Fleischmann & Mugel LLP will also appear as co-counsel for Defendant, Seneca Foods Corporation.

405-239.CI.doc

Date:  March 3, 2005               **By:**   **s/  Keith J. Braskich**

                                                                              Keith J. Braskich, Bar No. 6180090
Attorney for Defendant,
Seneca Foods Corporation
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602-1241
Tele: (309) 673-1681
 Fax: (309) 673-1690
kjbraskich@dcamplaw.com

405-239.CI

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **RICHARD L. ISSLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1031 |
| | ) |
| **SENECA FOODS CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2005, I electronically filed the foregoing Certificate of Interest using the CM/ECF system which will send notification of such filing to the following:

> M. Michael Waters
> Vonachen, Lawless, Trager & Slevin
> 456 Fulton, Suite 425
> Peoria, IL 61602

> s/      Keith J. Braskich
> Keith J. Braskich
> Attorney for Defendant
> Davis & Campbell L.L.C.
> 401 Main Street, Suite 1600
> Peoria, IL 61602
> Tele: (309) 673-1681
> Fax: (309) 673-1690
> Kjbraskich@dcamplaw.com

405-239.CI