E-FILED
Thursday, 03 March, 2005  04:14:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| RICHARD L. ISSLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1031 |
| v. | ) | |
| | ) | |
| SENECA FOODS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ANSWER OF DEFENDANT SENECA FOODS CORPORATION
### TO PLAINTIFFS' COMPLAINT

Defendant, SENECA FOODS CORPORATION, by its attorneys, DAVIS & CAMPBELL L.L.C., for its Answer to Plaintiff's Complaint, states the following:

1. Admits that the Plaintiff purports to bring a claim under the Family and Medical Act, ("FMLA") but denies that it has violated said statute and all other averments contained in paragraph 1 of Plaintiff's Complaint.

2. Admits the averments contained in paragraph 2 of Plaintiff's Complaint.

3. Admits the averments contained in paragraph 3 of Plaintiff's Complaint.

4. Denies knowledge and information sufficient to form a belief as to the averments contained in paragraph 4 of Plaintiff's Complaint.

5. Admits the averments contained in paragraph 5 of Plaintiff's Complaint.

6. Admits the averments contained in paragraph 6 Plaintiff's Complaint.

7. Denies the averments contained in paragraph 7 of Plaintiff's Complaint.

8. Admits that plaintiff did not report to work on May 10, 2004, May 26, 2004, June 10-12, 2002, June 18, 2002, June 21-July 5 2004, July 25-31, 2004 but denies the remaining averments contained in paragraph 8 of Plaintiff's Complaint.

9. Admits that Plaintiff's employment of with Defendant was terminated on or about July 31, 2004, but except as so admitted, denies the averments contained in paragraph 9 of Plaintiffs' First Amended Complaint.

10. Denies the averments contained in paragraph 10 of Plaintiff's Complaint.

11. Denies the averments contained in paragraph 11 of Plaintiff's Complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE ON BEHALF OF DEFENDANT SENECA FOODS CORPORATION**

12. That at all times relevant to the claim, Defendant did not have notice of Plaintiff's alleged serious health condition as required by the FMLA.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE ON BEHALF OF SENECA FOODS CORPORATION**

13. That Plaintiff's employment was terminated for legitimate, non-discriminatory reasons which were not related to any of Plaintiff's rights or Defendant's obligations under the FMLA.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE ON BEHALF OF SENECA FOODS CORPORATION**

14. Upon information and belief, at all times related to the claim, Plaintiff did not have a serious health condition as defined and required by the FMLA.

WHEREFORE, it is respectfully requested that Plaintiff's Complaint be dismissed and that Defendant be awarded its costs and fees and such other relief as the Court deems just and proper.

DATED:   March 3, 2005            Respectfully submitted,

                                  DAVIS & CAMPBELL L.L.C.


                                  By:   s/ Keith J. Braskich

                                        Keith J. Braskich, Bar No. 6180090
                                        *Local Counsel for Defendant Seneca Foods Corporation*
                                        401 Main Street, Suite 1600
                                        Peoria, Illinois 61602-1241
                                        Telephone: 309.673.1681
                                        Facsimile:  309.673.1690
                                        Kjbraskich@dcamplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2005, I electronically filed the foregoing Answer of Defendant Seneca Foods Corporation to Plaintiffs' Complaint with the using the CM/ECF system which will send notification of such filing to the following:

>M. Michael Waters
>Vonachen, Lawless, Trager & Slevin
>456 Fulton, Suite 425
>Peoria, IL 61602

>s/    Keith J. Braskich
>Keith J. Braskich
>Attorney for Defendant
>Davis & Campbell L.L.C.
>401 Main Street, Suite 1600
>Peoria, IL 61602
>Tele: (309) 673-1681
> Fax: (309) 673-1690
>Kjbraskich@dcamplaw.com

405-235.P.doc