AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

RICHARD L. ISSLER,

Plaintiff,

V.

SENECA FOODS CORPORATION,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  05 - 1031

TO: (Name and address of Defendant)

Secretary of State
State of Illinois
Department of Business Services
501 S. Second St.
Springfield, IL  62756

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Michael Waters
Vonachen, Lawless, Trager & Slevin
456 Fulton St., Suite 425
Peoria, IL  61602

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/S/ JOHN M. WATERS                                      2/3/05
_____     _____
CLERK                                                            DATE

(By) DEPUTY CLERK

| | |
|---|---|
| US DISTRICT COURT Court | Sheriff File Number – 05000182 |
| County of Wayne State of New York | |

| | |
|---|---|
| RICHARD L. ISSLER<br><br>vs.<br><br>SENECA FOODS CORP. | **Affidavit of Service**<br><br>Summons & Complaint |

State of New York - County of Wayne     SS:

I, Deputy Sheriff Richard L Salerno, Badge # 042 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York.  That on 2/16/2005 at 01:50 pm, at 3736 S MAIN Street,  MARION, NY 14505  deponent served the within Summons & Complaint on SENECA FOODS CORP., the defendant named therein, in the following manner.

CORPORATION

By delivering to and leaving with KEITH KEYSOR the CEO of the Corporation,  personally a true copy thereof. Deponent knew said Corporation so served to be the corporation described in said Summons and Complaint as said Defendant and knew said individual to be the CEO thereof.

NON-MILITARY

At the time of service KEITH KEYSOR was asked if HE was in the Military Service of the U.S. Government and KEITH KEYSOR replied NO.

DESCRIPTION

The person served was approximately: Skin Color: White,  Hair Color: Brown,  Gender:  Male  Height: 5' 10" Weight: 200  Age:  44.

SERVICE ATTEMPTS
This is the first attempt at service

Sworn to before me on 22 - February 2005.

Notary Public     /S/ William H. Carr

WILLIAM H. CARR
Notary Public, State of New York
No. 01CA5047107
Qualified in Wayne County
Commission expires July 24, 2005

/S/ Richard L. Salerno
Richard L Salerno     042
Deputy Sheriff     Badge Number