E-FILED
Friday, 01 April, 2005  09:44:35 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD L. SISSLER. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05-CV-1031 |
| ) | |
| SENECA FOODS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on March 28, 2005, with attorneys Michael Waters for Plaintiff, and Keith J. Braskich for Defendant. Not having come to terms on an agreed Plan, Defendant submits the following Proposed Scheduling Order.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. Initial disclosures under Rule 26 to be made by April 19, 2005.

2. No motions to join other parties or to amend the pleadings to be filed after June 24, 2005.

3. All Plaintiffs are to identify testifying experts and to provide Rule 26 expert reports by August 19, 2005. All Defendants are to identify testifying experts and to provide Rule 26 expert reports by September 16, 2005.

4. The parties have until October 14, 2005, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply. The parties have until November 4, 2005, to complete expert discovery.

5.	Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g., failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion.  Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6.	The parties have until November 21, 2005, to file dispositive motions.  No dispositive motions filed after that date will be considered by the Court.

7.	Final Pre-trial Conference is scheduled for _____ at ___ a.m. before U.S. District Court Judge Michael Mihm.  All Motions in Limine to be filed on or prior to the Final Pre-Trial date.  (See Local Rule 16.1 - Pre-Trial Procedures).

8.	Trial is scheduled for _____ at _____ a.m. on the trial calendar of U.S. District Court Judge Michael Mihm.

9.	If the parties consent to trial before U.S. Magistrate Judge John A. Gorman, the final pre-trial date and trial date may be changed.

10.	A settlement conference will be hosted by U.S. Magistrate Judge Gorman in Peoria by joint request of the parties.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

**ENTERED:**	          April 4,           , 2005


　　　　　　　　　　　　　　　　　　　　　_____
**JOHN A. GORMAN**
**UNITED STATES MAGISTRATE JUDGE**