IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD L. ISSLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Civil Action No. 05 - 1031 |
| ) | |
| SENECA FOODS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S PROPOSED DISCOVERY PLAN**

NOW COMES the Plaintiff, RICHARD L. ISSLER, by his counsel, VONACHEN, LAWLESS, TRAGER & SLEVIN, a scheduling conference was held on March 28, 2005, with attorneys M. Michael Waters for Plaintiff and Keith J. Braskich for Defendant. Not having come to terms on an agreed plan, Plaintiff submits the following Proposed Scheduling Order:

**1. INITIAL DISCLOSURES**

The initial disclosures required by F.R.Civ.P. 26(a), shall be made at or within the time set forth by Rule 26(a)(1), i.e., May 1, 2005.

**2. WRITTEN DISCOVERY**

The parties will provide answers to written discovery by July 1, 2005. The Plaintiff and Defendant will promulgate their discovery prior to June 1, 2005.

**3. DEPOSITIONS**

Depositions will be completed by November 30, 2005.

**4. EXPERTS**

Expert discovery will be completed by November 30, 2005.

### 5. DISPOSITIVE MOTIONS

Dispositive motions will be filed by January 15, 2006.

### 6. SUBJECT ON WHICH DISCOVERY MAY BE NEEDED

Plaintiff contemplates that discovery will be needed concerning the employment and work history of the Plaintiff, the Plaintiff's medical history, the reasons for Plaintiff's termination, the Defendant's employment policies, and the Plaintiff's employment and efforts to mitigate damages after termination by the Defendant.  Plaintiff does not believe that it is necessary to conduct discovery in phases, nor that discovery needs to be limited to or focused upon particular issues.

### 7. LIMITATIONS ON DISCOVERY

No changes should be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure and local rules nor should other limitations be imposed.

### 8. OTHER ORDERS

Plaintiff believes that the scheduling order which limits the time to join other parties, amend pleadings and file motions should be set at a reasonable time after the completion of the depositions.

ENTERED:       April 4,         2005

_____
**JOHN A. GORMAN**
**UNITED STATES MAGISTRATE JUDGE**