UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| RICHARD L. ISSLER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 05 - 1031 |
| SENECA FOODS CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATION OF COUNSEL**

NOW COMES the Plaintiff, RICHARD L. ISSLER, by his counsel, VONACHEN, LAWLESS, TRAGER & SLEVIN, and certifies that Plaintiff has this date complied with the following discovery:

Rule 26 Disclosure.

                                            RICHARD L. ISSLER, Plaintiff,

                                            BY:      /s/ M. Michael Waters         \_
                                                      One of Plaintiff's Attorneys

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Keith J. Braskich
    Davis & Campbell, L.L.C.
    401 Main Street, Suite 1600
    Peoria, IL  61602-1241

                                                                  /s/ M. Michael Waters

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602
Telephone: (309) 676-8986
mmw\issler\pleadings\certificationofcounsel

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

1:05-cv-01031-MMM-JAG     # 11     Page 2 of 2

-2-