IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD L. ISSLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 05 - 1031 |
| ) | |
| SENECA FOODS CORPORATION, ) | |
| ) | |
| Defendant. | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that on August 12, 2005, a copy of Plaintiff's Answers to Defendant's Interrogatories, Plaintiff's Response to Request to Produce Documents, and Plaintiff's Response to Requests for Expert Information were served upon the following parties in the above-captioned case:

Mr. Keith J. Braskich
Davis & Campbell, L.L.C.
401 Main Street, Suite 1600
Peoria, IL  61602-1241

by hand-delivery, in an envelope addressed to said attorney of record at his business addresses as indicated above.

_____

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Telephone: (309) 676-8986
Plaintiff's Counsel
o\mmw\issler\discovery\certmail01

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986