## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| RICHARD L. ISSLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1031 |
| v. | ) | |
| | ) | |
| SENECA FOODS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

**TO:**   M. Michael Waters
Vonachen, Lawless, Trager & Slevin
456 Fulton, Suite 425
Peoria, IL 61602

You are hereby notified that Defendant's counsel will take the deposition of Plaintiff Richard L. Issler before a certified court reporter pursuant to Federal Rules of Civil Procedure on September 21, 2005 beginning at 10:00 a.m. at the law offices of Davis & Campbell L.L.C., 401 Main Street, Suite 1600, Peoria, IL 61602, at which time and place you are entitled to attend.

### DAVIS & CAMPBELL L.L.C.

**By:**   s/ Keith J. Braskich ___

Keith J. Braskich, Bar No. 6180090
*Local Counsel for Defendant Seneca Foods*
*Corporation*
401 Main Street, Suite 1600
Peoria, Illinois 61602-1241
Telephone: 309.673.1681
Facsimile:  309.673.1690
Kjbraskich@dcamplaw.com

405-640.P

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2005, I electronically filed the foregoing Notice of Deposition using the CM/ECF system which will send notification of such filing to the following:

> M. Michael Waters
> Vonachen, Lawless, Trager & Slevin
> 456 Fulton, Suite 425
> Peoria, IL 61602

> s/      Keith J. Braskich
> Keith J. Braskich
> Attorney for Defendant
> Davis & Campbell L.L.C.
> 401 Main Street, Suite 1600
> Peoria, IL 61602
> Tele: (309) 673-1681
> Fax: (309) 673-1690
> Kjbraskich@dcamplaw.com

405-640.P