UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD L. ISSLER, | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 05-1031 |
| v. | ) |
| | ) |
| SENECA FOODS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to the above action, Plaintiff RICHARD L. ISSLER and Defendant SENECA FOODS, INC., by and through their respective counsels of record, and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby stipulate to entry of an Order dismissing the above action with prejudice, both parties to assume their own costs.

**RICHARD L. ISSLER, Plaintiff**              **SENECA FOODS INC., Defendant**

**By:** s/ M. Michael Waters                  **By:** s/ Keith J. Braskich
    M. Michael Waters                        Keith J. Braskich
    Vonachen, Lawless, Trager & Slevin        Davis & Campbell L.L.C.
    456 Fulton, Suite 425                     401 Main Street, Suite 1600
    Peoria, Illinois 61602                    Peoria, Illinois 61602
    Telephone: 309.676.8986                   Telephone: 309.673.1681
    Facsimile: 309.676.4130                   Facsimile:  309.673.1690
                                              Kjbraskich@dcamplaw.com

405-701.P.wpd